No. 75–866.  M. J. D. M. TRUCK RENTALS, INC., ET AL. *v.* O'BRIEN; and

No. 75–887.  ANASTOS ET AL. *v.* M. J. D. M. TRUCK RENTALS, INC., ET AL., 424 U. S. 928.  Petition for rehearing denied.  MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

APRIL 15, 1976

No. 75–6110.  VIGIL *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari dismissed under this Court's Rule 60.

APRIL 16, 1976

No. A–911 (75–1493).  MOORE, GOVERNOR OF WEST VIRGINIA *v.* McCARTNEY, SECRETARY OF WEST VIRGINIA, ET AL.  Application for stay of judgment of the Supreme Court of Appeals of West Virginia, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

APRIL 19, 1976

No. 74–5887.  MAXWELL ET AL. *v.* HIXSON, CLERK, HAMILTON COUNTY GENERAL SESSIONS COURT, ET AL.  Affirmed on appeal from D. C. E. D. Tenn.

No. 75–870.  FORD MOTOR CO. *v.* COLEMAN, SECRETARY OF TRANSPORTATION, ET AL.  Affirmed on appeal from D. C. D. C.  MR. JUSTICE STEWART, MR. JUSTICE POWELL, and MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.